**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| W.D.R-M., Petitioner, v. Warden, IRWIN DETENTION CENTER, Respondent. | : | Case No. 7:26-cv-369-WLS-AGH<br>28 U.S.C. § 2241 |

**ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on November 16, 2026 (ECF No. 1). Upon initial review, it appears Petitioner may be entitled to a bond hearing under *Hernandez Alvarez v. Warden, Federal Detention Center*, 175 F.4th 1258 (11th Cir. 2026), and the prior precedent of this Court. *See id.* at 1281 (finding 8 U.S.C. § 1225(b)(2) only applies to those aliens "who have not yet entered the United States, but are 'seeking admission' at the border"); *J.A.M. v. Streeval*, No. 4:25-CV-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025) (same); *P.R.S. v. Streeval*, No. 4:25-cv-330-CDL, 2025 WL 3269947 (M.D. Ga. Nov. 24, 2025) (same); *see also B.A.M.A. v. Warden*, No. 7:26-cv-95-WLS-ALS, 2026 WL 1362520 (M.D. Ga. May 13, 2026) (applying *Hernandez Alvarez* to individual paroled into United States upon entry); *I.A.A.M. v. Warden*, No. 7:26-CV-68-WLS-ALS, 2026 WL 1362519 (M.D. Ga. May 13, 2026) (same); *c.f. W.C. v. Warden*, No. 7:26-CV-157-LAG, 2026 WL 1658526 (M.D. Ga. June 4, 2026). Any bond hearing

provided must comport with all requirements of due process. *See J.G. v. Warden*, 501 F. Supp. 3d 1331, 1335 (M.D. Ga. 2020).

Respondent shall have seven (7) days to file a Return under 28 U.S.C. § 2243. In the Return, Respondent must specifically state (1) the asserted detention authority for Petitioner, and (2) whether Respondent agrees that Petitioner is entitled to a bond hearing under the cases discussed above. The Court may set a further briefing schedule once Respondent files the Return.

**SO ORDERED**, this 19th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE